FILED
U.S. DISTRICT COURT

2013 OCT 10 ⌐ 2: 28

DISTRICT OF UTAH

BY:_____
  DEPUTY CLERK

James D. Gilson (5472)
Marc L. Turman (11967)
CALLISTER NEBEKER & McCULLOUGH
Zions Bank Building, Suite 900
10 East South Temple
Salt Lake City, UT 84133
Telephone: (801) 530-7300
Facsimile: (801) 364-9127
jgilson@cnmlaw.com
mturman@cnmlaw.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| HARVEY PULLEY, and individual; DIXIE PAULLEY, and individual; and HDP PROPERTIES, LLC, a Utah limited liability company,<br><br>Plaintiffs<br><br>vs.<br><br>FIRST AMERICAN PROFESSIONAL REAL ESTATE SERVICES, INC., a California corporation; GREENFOLDERS, INC., a Utah corporation; MICHAEL S. KIRBY, an individual; TERRY E. FRANK; an individual; STEPHEN M. EHLERS, an individual; DANIEL C. IORG, an individual; TODD HOUGAARD, an individual; and DOES 1 through 10,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:12-cv-00172-TC-PMW<br><br>District Judge Tena Campbell<br><br>Magistrate Judge Paul M. Warner |

Based on the Stipulation of Dismissal with Prejudice filed by parties, and good cause appearing therein,

IT IS HEREBY ORDERED that all of the parties' claims and counterclaims in this action are dismissed, with prejudice, with each party being responsible for their own respective costs and attorneys' fees.

Dated: October 9, 2013.

Tena Campbell
UNITED STATES DISTRICT JUDGE

Approved as to form:

CALLISTER NEBEKER & McCULLOUGH

/s/ James D. Gilson
James D. Gilson
Attorneys for Plaintiffs

KRUSE LANDA MAYCOCK & RICKS, LLC

/s/ Steven G. Loosle
Steven G. Loosle
Attorneys for Defendants

604778.1